UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET NO. 1:21-CR-00192 |
| VERSUS | DISTRICT JUDGE DRELL |
| HENRY ANTHONY JACKSON, JR. A/K/A "MONSTER" A/K/A "BOOBIE" | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jackson's Motion to Suppress (ECF No. 61) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24 day of April 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
